UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM BETHEL,

                              Plaintiff,

-v-

CITIBANK, NATIONAL ASSOCIATION, *et al.*,
                              Defendant.

20-CV-2022 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This action was filed in New York State court on January 27, 2020, and was removed to this Court on March 6, 2020. (Dkt. No. 1.) The docket does not indicate that Plaintiff has served Defendant Equifax Information Services, LLC. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

    Plaintiff is directed to advise the Court in writing why he has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made. If no written communication is received by August 14, 2020, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

    SO ORDERED.

Dated: July 20, 2020

    New York, New York

                                                                   J. PAUL OETKEN
                                                                   United States District Judge