UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Bethel,<br><br>                    Plaintiff,<br><br>– against–<br><br>Citibank, National Association, Equifax Information Services, LLC and Experian Information Solutions, Inc.,<br><br>                    Defendant(s). | Case No. 1:20-cv-2022<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff William Bethel, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff William Bethel against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff William Bethel and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

**The Clerk of Court is directed to close this case.**

Date:  August 20, 2020

_____
J. PAUL OETKEN
United States District Judge